UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANWIRE CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>INTERCEPT MUSIC GROUP, INC.,<br><br>     Defendant. | Case No.  2:25-CV-01533-APG-MDC<br><br>REASSIGNMENT ORDER |
| TRILLIUM PARTNERS, L.P,<br><br>     Plaintiff,<br><br>vs.<br><br>SANWIRE CORPORATION,<br><br>     Defendants. | Case No.  2:24-CV-00562-ART-BNW<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:25-CV-01533-APG-MDC is reassigned to District Judge Anne R. Traum and Magistrate Judge Brenda N. Weksler

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

//

//

//

//

1

DATED this 3rd day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 3rd day of September, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE