1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTICT OF NEVADA**

10  SANWIRE CORPORATION, a Nevada
Corporation
11

12              Plaintiff,

        vs.
13
INTERCEPT MUSIC GROUP, INC, a Nevada
Corporation; INTERCEPT MUSIC, INC, a
14  Delaware Corporation; TRILLIUM
PARTNERS, L.P. , a Delaware Corporation;
15  NEW HORIZON TRANSFER INC., a foreign
corporation; DOES 1 through 100 and ROE
16  BUSINESS ENTITIES I through C, inclusive,

17              Defendants.

18  TRILLIUM PARTNERS, L.P.,

19              Plaintiff,

20        vs.

21  SANWIRE CORPORATION,

22              Defendants.

Case No.: 2:25-cv-01533-ART-BNW

**ORDER GRANTING**

**STIPULATION EXTEND TIME TO FILE
RESPONSE TO INTERCEPT
DEFENDANTS' JOINDER  TO
DEFENDANT TRILLIUM PARTNERS,
L.P.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT [ECF NO. 3]
AND MOTION TO DISMISS OR TO STAY
COMPLAINT UNDER FIRST TO FILE
RULE**

23        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SANWIRE

24  CORPORATION, through its attorney Jay A. Shafer, Esq. of the law firm of Cory Reade Dows &

25  Shafer and Defendants INTERCEPT MUSIC GROUP, INC. and INTERCEPT MUSIC, INC.

26  [collectively "Defendants"], by and through their attorney Bradley T. Austin, Esq. of the law firm

27  of Snell & Wilmer, L.L.P., that the time to file a Response to Defendants' Joinder to Trillium

28  Partners, L.P.'s Motion to Dismiss Plaintiff's Complaint [ECF No. 3] and Motion to Dismiss or

- 1 -

1   Stay Complaint Under First to File Rule be extended to September 19, 2025.

2

3   DATED this 4th day of September 2025.    DATED this 4th day of September 2025.

4   CORY READE DOWS & SHAFER    SNELL & WILMER, L.L.P.

5   By: /s/ Jay A. Shafer    By:/s/ Bradley T. Austin
        Jay A. Shafer, Esq.    Bradley T. Austin, Esq.
        Nevada Bar No. 9184    Nevada Bar No. 13064
6       1333 North Buffalo Drive, Suite 210    1700 South Pavilion Center Dr., Ste. 700
        Las Vegas, Nevada 89128    Las Vegas, Nevada 89134
7       Attorneys for Plaintiff    Attorneys for Defendants
        Sanwire Corporation    Intercept Music Group, Inc. and
8                              Intercept Music, Inc.

9

10

11                              **ORDER**

12       Based upon the stipulation of counsel,

13       **IT IS HEREBY ORDERED** that the deadline to respond to Intercept Defendants' Joinder

14  to Defendant Trillium Partners, L.P.'S Motion to Dismiss Plaintiff's Complaint [ECF NO. 3]

15  and Motion to Dismiss or to Stay Complaint Under First to File Rule (ECF No. 7) is extended

16  to September 19, 2025.

17       Dated this 5th day of September 2025.

18                              _____

19                              Anne R. Traum
                                United States District Judge

20

21

22

23

24

25

26

27

28