|   |   |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**

**DISTICT OF NEVADA**

| | |
|---|---|
| SANWIRE CORPORATION, a Nevada Corporation | Case No.: 2:25-cv-01533-ART-NJK |
| Plaintiff, | **ORDER GRANTING** |
| vs. | |
| INTERCEPT MUSIC GROUP, INC, a Nevada Corporation; INTERCEPT MUSIC, INC, a Delaware Corporation; TRILLIUM PARTNERS, L.P. , a Delaware Corporation; NEW HORIZON TRANSFER INC., a foreign corporation; DOES 1 through 100 and ROE BUSINESS ENTITIES I through C, inclusive, | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO INTERCEPT DEFENDANTS' MOTION TO DISMISS OR TO STAY COMPLAINT UNDER FIRST TO FILE RULE [ECF NO. 6 & 7]** |
| Defendants. | **SECOND REQUEST** |
| TRILLIUM PARTNERS, L.P., | |
| Plaintiff, | |
| vs. | |
| SANWIRE CORPORATION, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SANWIRE CORPORATION, through its attorney Jay A. Shafer, Esq. of the law firm of Cory Reade Dows & Shafer and Defendants INTERCEPT MUSIC GROUP, INC. and INTERCEPT MUSIC, INC. [collectively "Defendants"], by and through their attorney Bradley T. Austin, Esq. of the law firm of Snell & Wilmer, L.L.P., that the time to file a Response to Defendants' Motion to Dismiss or Stay Complaint Under First to File Rule [ECF NO. 6 & 7] will be extended to October 3, 2025.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Defendants Reply to Plaintiff SANWIRE CORPORATION'S response will be extended to October 24, 2025.

DATED this 18th day of September 2025.  DATED this 18th day of September 2025.

CORY READE DOWS & SHAFER   SNELL & WILMER, L.L.P.

By: /s/ Jay A. Shafer   By:/s/ Bradley T. Austin
    Jay A. Shafer, Esq.       Bradley T. Austin, Esq.
    Nevada Bar No. 9184       Nevada Bar No. 13064
    1333 North Buffalo Drive, Suite 210       1700 South Pavilion Center Dr., Ste. 700
    Las Vegas, Nevada 89128       Las Vegas, Nevada 89134
    Attorneys for Plaintiff       Attorneys for Defendants
    Sanwire Corporation       Intercept Music Group, Inc. and
           Intercept Music, Inc.

## ORDER

Based upon the stipulation of counsel,

**IT IS HEREBY ORDERED** that the deadline to respond to Intercept Defendants' Motion to Dismiss or to Stay Complaint Under First to File Rule [ECF NO. 6 & 7] be extended to October 3, 2025.

**IT IS FURTHER ORDERED** that the deadline for Defendants Reply to Plaintiff SANWIRE CORPORATION'S response will be extended to October 24, 2025.

Dated this 26th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 2 -