UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANWIRE CORP.,<br>　　　Plaintiff,<br>v.<br>INTERCEPT MUSIC GROUP, INC., et al.,<br>　　　Defendants. | Case No. 2:25-cv-01533-ART-NJK<br>**Order**<br>[Docket No. 34] |

　　　Pending before the Court is the parties' stipulation to extend the deadline to file the discovery plan and scheduling order.  Docket No. 34.

　　　The parties' discovery plan and scheduling order was due by October 9, 2025.  Docket No. 3.  The parties seek to extend the deadline to file the discovery plan and scheduling order by an additional seven days, as they need additional time to gather information.  Docket No. 34.

　　　For good cause shown, the Court **GRANTS** the parties' stipulation.  Docket No. 34.  The parties' joint discovery plan and scheduling order must be filed no later than October 16, 2025.

　　　IT IS SO ORDERED.

　　　Dated: October 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge