# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANWIRE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>INTERCEPT MUSIC GROUP, INC., et al.,<br><br>    Defendants. | Case No. 2:25-cv-01533-ART-NJK<br><br>**Order**<br><br>[Docket No. 36] |

Pending before the Court is the parties' proposed joint discovery plan and scheduling order. Docket No. 36.

The proposed discovery plan improperly imposes a stay of discovery pending the resolution of Defendant's motion to dismiss and/or stay, without addressing the relevant standards. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

Accordingly, the joint discovery plan is **DENIED** without prejudice. Docket No. 36. The parties are **ORDERED** to submit an amended joint proposed discovery plan and scheduling order, or a proper request to stay discovery pending resolution of the motion to dismiss addressing the relevant standards, by October 23, 2025.

IT IS SO ORDERED.

Dated: October 16, 2025

                                                      Nancy J. Koppe<br>
                                                      United States Magistrate Judge